IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **INFORMATIVE TECHNOLOGY SYSTEMS, LLC,** | * | |
| Plaintiff, | * | **Case No. 8:22-cv-00036-PX** |
| v. | * | **Patent Case** |
| **FASOO, INC.** | * | **JURY TRIAL DEMANDED** |
| Defendant. | * | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12 and L.R. 105, Defendant Fasoo, Inc. ("Fasoo") moves this Court to dismiss the Complaint, (Dkt. #1), on the grounds that it fails to state a claim upon which relief may be granted. This Motion is based upon Defendant's Memorandum In Support of Motion to Dismiss, filed contemporaneously herewith, and the pleadings and papers of record in this action.

WHEREFORE, Fasoo respectfully prays that this Court:

a) Dismiss the Complaint with prejudice;

b) Enter judgment in favor of Fasoo and against Plaintiff on all claims asserted in the Complaint;

c) Award Fasoo its costs and fees in defending this action; and

d) Award Fasoo such other and further relief as this Court deems just and proper, premises considered.

122333794v.1

Dated: April 5, 2022

| Of Counsel, | Respectfully submitted, |
|---|---|
| **LOCKE LORD LLP** | **LOCKE LORD LLP** |
| | */s/ Toyja E. Kelley* |
| Bryan G. Harrison | Toyja E. Kelley (Bar #26949) |
| bryan.harrison@lockelord.com | toyja.kelley@lockelord.com |
| 3333 Piedmont Rd, NE | 701 8th Street, N.W., Suite 700 |
| Terminus 200, Suite 1200 | Washington, DC 20001 |
| Atlanta, GA 30318 | (202) 220-6939 |
| (404) 870-4600 | |
| *Pro Hac Vice Admission Pending* | Counsel for Defendant Fasoo, Inc. |

122333794v.1

## CERTIFICATE OF SERVICE

I certify that on April 5, 2022, I filed the foregoing document electronically through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Toyja E. Kelley*
Toyja E. Kelley

122333794v.1