**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | | |
|---|---|---|
| INFORMATIVE TECHNOLOGY SYSTEMS, LLC, | * | |
| Plaintiff, | * | Case No.: 8:22-cv-00036-PX |
| v. | * | Patent Case |
| FASOO, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Informative Technology Systems, LLC ("Plaintiff" or "ITS") files this *Notice of Voluntary Dismissal Without Prejudice* under Rule 41(a)(1)(A)(i). Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without order of court by filing a notice of dismissal any time before the adverse party serves an answer. Accordingly, Plaintiff voluntarily dismisses this proceeding against Defendant Fasoo, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i), with each party to bear their own costs and attorney's fees.

Dated: April 7, 2022					Respectfully submitted,

						s/ Vincent Z. Viruni, Esq.
						Vincent Z. Viruni, Esq. (20414)
						Viruni | Law
						100 International Drive, 23rd Floor
						Baltimore, MD 21202
						Phone: (410) 989 – 7989
						Fax: (443) 408 – 4707
						vviruni@virunilaw.com
						*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of April, 2022, a copy of the foregoing document was served electronically via this Honorable Court's CM/ECF filing system on all counsel of record. Parties may access this filing through this Honorable Court's CM/ECF filing system.

						/s/ Vincent Z. Viruni, Esq.
						Vincent Z. Viruni, Esq. (20414)
						Viruni | Law
						100 International Drive, 23rd Floor
						Baltimore, MD 21202
						Phone: (410) 989 – 7989
						Fax: (443) 408 – 4707
						vviruni@virunilaw.com
						*Counsel for Plaintiff*