**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

|  |  |  |
|---|---|---|
| INFORMATIVE TECHNOLOGY SYSTEMS, LLC, | * | |
| | * | |
| Plaintiff, | * | Case No.: 8:22-cv-00036-PX |
| v. | * | Patent Case |
| FASOO, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### [proposed] ORDER OF DISMISSAL

On this _____ day of _____, 2022, upon consideration of *Notice of Voluntary Dismissal Without Prejudice* filed by Plaintiff Informative Technology Systems, LLC ("Plaintiff" or "ITS"), by and through its counsel, Vince Viruni, Esq., it is ORDERED:

*Notice of Voluntary Dismissal Without Prejudice* is **GRANTED** in all respects and Plaintiff's claims against Defendant Fasoo, Inc. in this action are dismissed without prejudice, with each party to bear their own costs and attorney's fees.

_____
Honorable Paula Xinis, District Judge
United States District Court for the District of
Maryland